IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAKENA JONES, | |
| Plaintiff, | 4:21CV3111 |
| vs. | |
| LIVE ON NEBRASKA, | **JUDGMENT** |
| Defendant. | |

Pursuant to the court's Memorandum and Order entered this date, this case is dismissed without prejudice.

DATED this 26th day of October, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge